IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>SUPERSEDING</u> |
| Plaintiff, | ) ) | Cr. No. <u>11-10016</u> |
| v. | ) ) | 18 U.S.C. § 2 |
| TERRICE WARREN and EDDIE JONES, | ) ) ) | 21 U.S.C. § 841(a)(1) 21 U.S.C. § 846 |
| Defendants. | ) ) ) | |

# <u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

### <u>COUNT 1</u>

Beginning at a time unknown to the grand jury, but through at least on or about July 8, 2010, in the Western District of Tennessee, the defendants,

------------------------------------------TERRICE WARREN-------------------------------------------
--------------------------------------------------and-------------------------------------------------------
-------------------------------------------EDDIE JONES-------------------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree together and with other persons, both known and unknown to the grand jury, to commit the following offenses against the United States:

1

1. To unlawfully, knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1);

2. To unlawfully, knowingly, and intentionally distribute cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECT OF THE CONSPIRACY

The object and purpose of the conspiracy was for **TERRICE WARREN** and **EDDIE JONES** to obtain cocaine and then to aid each other in developing a market for and distributing the illicit and illegally obtained cocaine in the Western District of Tennessee. It was further part of the conspiracy to distribute the cocaine and to collect the proceeds for the financial benefit and use of the co-conspirators. All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 2, 2010, in the Western District of Tennessee, the defendants,

-------------------------------------TERRICE WARREN-------------------------------------
-------------------------------------------and-------------------------------------------
---------------------------------------EDDIE JONES---------------------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

On or about July 8, 2010, in the Western District of Tennessee, the defendants,

-------------------------------------TERRICE WARREN-------------------------------------
-------------------------------------------and-------------------------------------------
---------------------------------------EDDIE JONES---------------------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute cocaine, a controlled substance as classfied by Title 21, United States Code, Section 812 as a Schedule II controlled

3

substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

On or about August 12, 2010, in the Western District of Tennessee, the defendant,

-------------------------------------TERRICE WARREN-------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute cocaine base (crack cocaine), classfied by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

On or about August 19, 2010, in the Western District of Tennessee, the defendant,

------------------------------------------TERRICE WARREN------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute cocaine base (crack cocaine), classfied by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about October 19, 2010, in the Western District of Tennessee, the defendant,

------------------------------------------TERRICE WARREN------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute cocaine, classfied by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

On or about December 20, 2010, in the Western District of Tennessee, the defendant,

------------------------------------------TERRICE WARREN------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute cocaine base (crack cocaine), classfied by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

On or about December 20, 2010, in the Western District of Tennessee, the defendant,

-------------------------------------TERRICE WARREN-------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute cocaine base (crack cocaine), classfied by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

4/18/11
DATE

_____
JERRY R. KITCHEN
ASSISTANT UNITED STATES ATTORNEY