AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  11-10016-JDB |
| EDDIE JONES | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EDDIE JONES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

DRUG TRAFFICKING

Date: 04/18/2011

_s/Emily Strope_
*Issuing officer's signature*

City and state:  Jackson, Tennessee

Thomas M. Gould, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02 Apr 11, and the person was arrested on *(date)* 22 Apr 11
at *(city and state)* Humboldt, TN.

Date: 22 Apr 11

_Danny Lewis_
*Arresting officer's signature*

Special Agent Danny Lewis
*Printed name and title*