UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

# NOTICE OF SETTING
## Before Judge J. Daniel Breen, United States District Judge

May 5, 2011

**RE:**  **1:11-10016-02-JDB**
*USA v. EDDIE JONES*

Dear Sir/Madam:

A **REPORT DATE** has been **SET** before **Judge J. Daniel Breen** for **WEDNESDAY, JUNE 22, 2011** at **10:00 A.M.**  The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The Plan requires defendant and his attorney appear at the above-designated time to give a status report to the Court on the case.  Defendant must be present at the report date unless the Court excuses his appearance and defendant files a written waiver of appearance in advance of the report date.  Attorneys for the Government and the Defense are expected to have furnished and obtained **ALL DISCOVERY** material prior to the report date.

**Defense counsel is  expected to have discussed with defendant the options of change of plea or of going to trial, and should be prepared to advise the Court of defendant's plan in this regard at the report date.**

**As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendants's appearance bond and issuance of a warrant for his or her arrest.**

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

                    Sincerely,
                    THOMAS M. GOULD, CLERK


                    BY:    s/ **Evelyn Cheairs**,
                           Case Manager for Judge J. Daniel Breen
                           731-421-9207