# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 11-10016 |
| EDDIE JONES, | ) | |
| Defendant. | ) | |

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS (USA)

**COMES NOW**, the United States of America, by and through Edward L. Stanton, III, United States Attorney for the Western District of Tennessee, and pursuant to Local Cr. Rule 32.1(d), United States District Court, Western District of Tennessee, files this pleading to advise the Court that the United States of America has no objection to the presentence report filed in this cause.

Respectfully submitted,

EDWARD L. STANTON, III
United States Attorney

s/David C. Henry
DAVID C. HENRY, BPR #12986
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
david.henry@usdoj.gov

## CERTIFICATE OF SERVICE

      I, David C. Henry, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been sent via electronic filing to:

Leslie J. Fatowe
Attorney-at-Law
211 E. Main Street
Jackson, TN 38301

this 14th day of October, 2011.

                                            s/David C. Henry
                                            DAVID C. HENRY, BPR #12986
                                            Assistant United States Attorney