AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-10016 |
| TERRICE WARREN, ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America   (Please removed David Henry from distribution list).

Date:  05/29/2013

s/Matthew J. Wilson
*Attorney's signature*

Matthew J. Wilson
*Printed name and bar number*

109 South Highland Avenue; Ste. 300
Jackson, Tennessee  38301

*Address*

Matthew.J.Wilson@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*